■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTA OSPINA, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Westchester County (Delaney, J.), both rendered March 20, 1985, convicting her of criminal possession of a controlled substance in the second degree under indictment No. 236/84, and criminal possession of a weapon in the fourth degree under indictment No. 388/84, upon her pleas of guilty, and imposing sentences.

Ordered that the appeals are dismissed.

The defendant has been deported to Colombia. Accordingly, her appeals are dismissed (see, People v Adamson, 122 AD2d 147; People v Bryant, 103 AD2d 832). Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PEREZ, Also Known as MICHAEL PEREZ, Appellant.— Appeal by the defendant from a judgment of the County Court, Nassau County (Ain, J.), rendered March 29, 1985, convicting him of attempted criminal possession of stolen property in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Bracken, Eiber, Spatt and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PRICE, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Patsalos, J.), rendered March 25, 1985, convicting him of attempted conspiracy in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues